

# NUMBER 13-25-00200-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GLENDA ANDREWS, **Appellant,**

**v.**

AUSTIN LEASED HOUSING
ASSOCIATES VI, LP, **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
## OF TRAVIS COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

This matter is before the Court on its own motion.[1] On March 11, 2025, appellant attempted to appeal an order or judgment entered in trial court cause number C-1-CV-25-001053. On April 24, 2025, the Clerk of the Court notified appellant that the notice of

---

[1] This case is before the Court on transfer from the Third Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

appeal was not in compliance with Texas Rules of Appellate Procedure 9.1(b), 9.5, 25.1(d)(1), (2), (4), and (8), and 25.1(e). *See* TEX. R. APP. P. 9.5, 25.1(d)(1), (2), (4), (8), 25.1(e). Appellant was also notified that if a proper notice of appeal was not filed within thirty days, the matter would be referred to the Court. Furthermore, on April 24, 2025, the Clerk of the Court notified appellant that it appeared there was no final, appealable order and that if this defect was not corrected within ten days, the appeal would be dismissed *See id.* R. 42.3(b), (c).

Appellant has failed to correct the defects in her notice of appeal and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *Id.*

JENNY CRON
Justice

Delivered and filed on the
12th day of June, 2025.

2